```
 1  TYSON & MENDES LLP
    GRIFFITH H. HAYES
 2  Nevada Bar No. 7374
    Christopher A. Lund
 3  Nevada Bar No. 12435
    Email(s): ghayes@tysonmendes.com
 4            clund@tysonmendes.com
    2835 St. Rose Pkwy., Suite 140
 5  Henderson, NV 89052
    Telephone: (702) 724-2648
 6  Facsimile: (702) 410-7684
    Attorneys for Defendant GNLV, LLC
 7
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DROWNS, an individual,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GNLV, LLC, a Domestic Corporation; DOES 1-20; ROE CORPORATIONS 1-20; inclusive,<br><br>　　　　Defendant | Case No. 2:23-cv-02066-CDS-NJK<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT GNLV, LLC TO AMEND ITS MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 21] |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that Defendant GNLV, LLC be permitted to file an amended Motion for Summary Judgment ("MSJ"). The grounds for the stipulation are plaintiff and defense counsel have corresponded and conferred about the legal positions taken in GNLV's MSJ; and through these discussions, have agreed that allowing GNLV to amend its MSJ will provide clarification of the factual and legal issues. This in turn, will assist the court in reaching a ruling on the merits.

IT IS FURTHER STIPULATED AND AGREED, that:

1. GNLV should have through November 6, 2024 to file its amended MSJ, and
2. Plaintiff John Drowns shall have 21 days thereafter to file a response.

///

///

///

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

IT IS SO STIPULATED.

Dated this 30th day of October 2024.

**THE RICHARD HARRIS LAW FIRM**

/s/ Charles S. Jackson
CHARLES S. JACKSON
Nevada Bar No.: 13158
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff John Drowns*

Dated this 30th day of October 2024.

**TYSON & MENDES LLP**

/s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
CHRISTOPHER A. LUND
Nevada Bar No. 12435
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant GNLV, LLC*

Order

Based on the parties' stipulation, defendant GNLV, LLC's motion for summary judgment [ECF No. 20] is denied without prejudice; and plaintiff John Drowns's response [ECF No. 22] is stricken.

GNLV, LLC has through November 6, 2024 to file an amended motion for summary judgment. Drowns's response is due on November 27, 2024.

_____
United States District Judge

Dated: November 4, 2024