```
TYSON & MENDES LLP
GRIFFITH H. HAYES
Nevada Bar No. 7374
Christopher A. Lund
Nevada Bar No. 12435
Email(s): ghayes@tysonmendes.com
         clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
Attorneys for Defendant GNLV, LLC
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DROWNS,<br><br>           Plaintiff<br><br>    v.<br><br>GNLV, LLC,<br><br>           Defendant | Case No. 2:23-cv-02066-CDS-NJK<br><br>**Order Approving STIPULATION TO ALLOW DEFENDANT GNLV, LLC TO FILE A REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 26] |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that Defendant GNLV, LLC be permitted to file a Reply in Support of its Motion for Summary Judgment ("Reply"). The grounds for the stipulation are defense counsel had a calendaring error regarding filing its Reply. After corresponding with Plaintiff's counsel about the issue, Plaintiff's counsel has agreed to allow GNLV to file a Reply so that the Motion for Summary Judgment can be heard on the merits.

IT IS FURTHER STIPULATED AND AGREED, that:

1. GNLV should have through December 23, 2024 to file its Reply in support of its Amended Motion for Summary Judgment.

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

IT IS SO STIPULATED.

Dated this 19ᵗʰ day of December 2024.

**THE RICHARD HARRIS LAW FIRM**

  /s/ Charles S. Jackson
CHARLES S. JACKSON
Nevada Bar No.: 13158
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff John Drowns*

Dated this 19ᵗʰ day of December 2024.

**TYSON & MENDES LLP**

  /s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
CHRISTOPHER A. LUND
Nevada Bar No. 12435
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant GNLV, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2024