UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| John Drowns, | Case No. 2:23-cv-02066-CDS-NJK |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | |
| GNLV, LLC, | [ECF No. 32] |
| Defendant | |

Plaintiff John Drowns and defendant GNLV, LLC submitted their proposed joint pretrial order. ECF No. 32. However, because it does not comply with Local Rules 16-3 and 16-4, the parties' proposed joint pretrial order **[ECF No. 32] is REJECTED in its entirety**. The parties are ordered to consult the April 17, 2020 Local Rules of Practice for content and formatting information and submit a second proposed joint pretrial order by September 16, 2025.

Dated: August 26, 2025

_____
Cristina D. Silva
United States District Judge