TYSON & MENDES LLP
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant GNLV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DROWNS, an individual,<br><br>　　　　　Plaintiff<br><br>v.<br><br>GNLV, LLC,<br><br>　　　　　Defendant | Case No. 2:23-cv-02066-CDS-NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JOHN DROWNS, an individual, by and through his counsel, THE RICHARD HARRIS LAW FIRM and Defendant GNLV, LLC by and through their counsel, TYSON & MENDES, LLP, Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs

Dated this 22nd day of December, 2025.　　　　Dated this 22nd day of December, 2025.

**THE RICHARD HARRIS LAW FIRM**　　　　　**TYSON & MENDES LLP**

/s/ *Charles Jackson*　　　　　　　　　　　　　/s/ *Griffith Hayes*

_____　　　　　　_____
CHARLES S. JACKSON　　　　　　　　　　　GRIFFITH H. HAYES
Nevada Bar No.: 13158　　　　　　　　　　　Nevada Bar No. 7374
801 South Fourth Street　　　　　　　　　　　2835 St. Rose Pkwy., Suite 140
Las Vegas, Nevada 89101　　　　　　　　　　Henderson, NV 89052
*Attorneys for Plaintiff John Drowns*　　　　　*Attorneys for Defendant GNLV, LLC*

1 | 2 Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

3 Dated: December 23, 2025

_____
United States District Judge